FILED
CLERK

8/11/2021 11:03 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

MICHELLE TENZER-FUCHS, on behalf of
herself and all other similarly situated,

Plaintiff,

-against-

NEWGH, LLC, D/B/A GRACIOUSHOME.COM,

Defendant.

Case No.: 21-cv-1336(JS)(ARL)

**STIPULATION FOR
DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant through their undersigned counsels hereby stipulate to the dismissal with prejudice of all claims pending in the above-captioned action, or which could have been brought in the above-captioned action.  Each party shall bear its own attorneys' fees and costs .

Respectfully submitted,

**ABSEND & SILBER, PLLC**
432 Park Avenue South, 9th Fl.
New York, New York 10016
(212) 532-7676
jsilber@.com

By:    */s/Josh Silber*

ATTORNEY FOR DEFENDANT

Dated:  August 10 , 2021

**SHALOM LAW, PLLC**
105-13 Metropolitan Avenue
Forest Hills, New York 11375
(718) 971-9474

By:    */s/Jonathan Shalom*

ATTORNEY FOR PLAINTIFF

Dated:  August 10, 2021

The Clerk of the Court is respectfully
directed to mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: August 11, 2021
        Central Islip, New York